KASHFIAN & KASHFIAN LLP
 Robert A. Kashfian, Esq. (SBN: 263173)
    *robert@kashfianlaw.com*
 Ryan D. Kashfian, Esq. (SBN: 265293)
    *ryan@kashfianlaw.com*
1875 Century Park East, Suite 360
Century City, California 90067-2514
(310) 751 - 7578 | Telephone
(310) 751 - 7579 | Fax

*Attorneys for Defendant*,
RANDALL POWERS

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY A. POWERS,<br><br>            Plaintiff,<br><br>   v.<br><br>RANDALL POWERS; QUICKEN LOANS, LLC; DOES 1 TO 10 INCLUSIVE,<br><br>            Defendants. | Case No. 2:21-cv-07923 MCS(AFMx)<br><br>[*Assigned to Honorable Mark C. Scarsi, for all purposes*]<br><br>**DEFENDANT RANDALL POWERS' NOTICE OF PLAINTIFF TROY A. POWERS' NON-OPPOSITION TO DEFENDANT RANDALL POWERS' MOTION TO DISMISS THE COMPLAINT**<br>_____<br><br>Hearing Date:   9:00 a.m.<br>Time:           November 15, 2021<br>Courtroom:      7C<br>Location:       First Street Courthouse<br>                350 W. 1st Street<br>                7th Floor<br>                Los Angeles, CA 90012<br><br>Complaint Filed:  September 17, 2021<br>Trial Date:       TBD |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Defendant Randall Powers ("Defendant") hereby gives notice that Plaintiff Troy A. Powers ("Plaintiff") did not timely oppose Defendant's Motion to Dismiss the Complaint, filed on October 11, 2021, and set for November 15, 2021 ("Motion to Dismiss"). Dkt. 8. Under § 9(b) of the Court's standing order, if a "motion … is filed and set for a hearing between 35 and 70 days from the date of the filing of the motion," then "any opposition must be filed no later than 14 days after the filing of the motion," Dkt. 7, at 6-7 (§ 9(b)), making Plaintiff's Opposition to Defendant's Motion to Dismiss due on October 25, 2021. However, as of the filing of this Notice, Plaintiff did not file his Opposition.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff's failure to file an Opposition to Defendant's Motion to Dismiss, as required by the Court's standing order, should be deemed consent to the granting of Defendant's Motion to Dismiss. *See* C.D. Cal. L.R. 7-12 ("The Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule. The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion …."); *Christian v. Mattel, Inc.*, 286 F.3d 1118, 1129 (9th Cir. 2002) ("district court has considerable latitude in managing the parties' motion practice and enforcing local rules"); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal."); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1261 (9th Cir. 1992) (district courts have power to "manage their dockets without being subject to the endless vexatious noncompliance of litigants").

Recently, this Court dismissed several complaints, because of a failure to file a timely opposition. *E.g.*, *Reno Dealership Grp., LLC v. GM LLC*, No. 2:21-cv-00696-MCS-PD, 2021 U.S. Dist. LEXIS 88995, at *3 (C.D. Cal. May 10, 2021) (Mark C. Scarsi J.) ("The Court deems Plaintiff's failure to timely respond to the motion as its consent to the granting of the motion."); *Garcia v. Solanki*, No. 2:20-cv-11276-MCS-RAO, 2021

U.S. Dist. LEXIS 36772, at *3 (C.D. Cal. Feb. 26, 2021) (Mark C. Scarsi J.) (dismissing the complaint for lack of jurisdiction, because "Plaintiff did not timely oppose the motion"); *Whitten v. Screen Actors Guild*, No. CV 19-5818-DMG (JEMx), 2019 U.S. Dist. LEXIS 185223, at *2 (C.D. Cal. Oct. 24, 2019) (granting motion to dismiss for failure to file a timely opposition).

And, the Ninth Circuit has repeatably affirmed dismissals for failure to file a timely opposition. *E.g., Benedith v. Cuyahoga Cty.*, 846 F. App'x 544, 544 (9th Cir. 2021) ("The district court did not abuse its discretion in dismissing Benedith's claims against defendants … after Benedith failed to file an opposition to defendants' motions to dismiss"); *Blackwell v. Wells Fargo Bank, N.A.*, 834 F. App'x 436, 436 (9th Cir. 2021) ("The district court did not abuse its discretion by dismissing Blackwell's action after Blackwell failed to file an opposition to defendants' motion to dismiss."); *Cole v. Educ. Credit Mgmt. Corp.*, 723 F. App'x 521, 521 (9th Cir. 2018) ("The district court did not abuse its discretion by dismissing Cole's action because Cole did not file an opposition to defendant's motion for judgment on the pleadings, or request an extension of time to do so."); *Pittman v. Cedars-Sinai Med. Ctr.*, 696 F. App'x 295, 295 (9th Cir. 2017) ("The district court did not abuse its discretion in dismissing Pittman's claims because Pittman failed to oppose defendants' motions to dismiss.").

Thus, this Court should dismiss the Complaint, with prejudice. C.D. Cal. L.R. 7-12.

Dated:  October 28, 2021                                KASHFIAN & KASHFIAN LLP

*/s/ Ryan D. Kashfian, Esq.*
Ryan D. Kashfian, Esq.
Robert A. Kashfian, Esq.
*Attorneys for Defendant*
RANDALL POWERS

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1875 Century Park East, Suite 360, Century City, California 90067. On October 28, 2021, I served the foregoing documents described as **DEFENDANT RANDALL POWERS' NOTICE OF PLAINTIFF TROY A. POWERS' NON-OPPOSITION TO DEFENDANT RANDALL POWERS' MOTION TO DISMISS THE COMPLAINT** attached hereto on all interested parties in this action by the method indicated below and to the following addresses:

| KENNETH GAUGH, ESQ. (SBN: 140695) 1963 Carson Street Torrance, CA 90501 (310) 212-6252 kengaugh2@yahoo.corn | Attorney For Plaintiff TROY A. POWERS |
|---|---|

**[X] BY ELECTRONIC TRANSFER -** By causing all the pages of the above-entitled document(s) to be uploaded to the U.S. District Court or the U.S. Court of Appeals, Ninth Circuit "CM/ECF" System to be sent to the recipients listed herein via electronic transfer at the respective email. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 28, 2021, at Century City, California.

                                                    */s/ Robert A. Kashfian*
                                                  Robert A. Kashfian, Esq.